# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Person Under Supervision

| | |
|---|---|
| Name of Offender: Mahmoud Shaker Shalash | Case Number: 5:19-CR-101-S-KKC-01 |

Register/USM Number: 15658-032

Name of Sentencing Judicial Officer: Honorable Karen K. Caldwell, U.S. District Judge

Date of Original Sentence: June 22, 2020

Original Offense: Count 1: Conspiracy to Commit Kidnapping; Count 3 and 4: Money Laundering

Original Sentence: 24 months imprisonment each count, concurrent, with a total of 5 years of supervised release to follow.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: January 15, 2021 |
| Assistant U.S. Attorney: Kathryn Anderson and Andrew T. Boone | Defense Attorney: Brandon Wayne Marshall and Patrick F. Nash |

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Not commit another federal, state or local crime. |

RE: Shalash, Mahmoud Shaker
    Dkt. # 5:19-CR-101-S-KKC-01
    PROB 12C

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2025

*Michael A. Raccuia*

Michael A. Raccuia
Senior U. S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

This 4th day of August, 2025.

*Karen K. Caldwell*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY