AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Kentucky

**EXHIBIT AND WITNESS LIST**

USA
V.
MAHMOUD SHAKER SHALASH

Case Number:  5:19-cr-101-KKC-MAS

| PRESIDING JUDGE<br>Matthew A. Stinnett | PLAINTIFF'S ATTORNEY<br>Andrew T. Boone | DEFENDANT'S ATTORNEY<br>Fred Peters |
|---|---|---|
| TRIAL DATE (S)<br>8/19/2025 PH/ Interim Detention Hearing | COURT REPORTER<br>Audio File | COURTROOM DEPUTY<br>Samantha Howard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | x | 8/19/2025 |  |  | WITNESS: Asan Shalash, Defendnat's brother |
|  | x | 8/19/2025 |  |  | WITNESS: Omar Kuasem, Manager of Days Motel |
|  | x | 8/19/2025 |  |  | WITNESS: Ashraf Fahmy, Wife of Defendant |
| x |  | 8/19/2025 |  |  | WITNESS: Michael Raccuia, USPO |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages