UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>MAHMOUD SHAKER SHALASH,<br><br>    Defendant. | CRIMINAL NO. 5:19-101-KKC<br><br><br>**ORDER** |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on a Report and Recommendation in which Magistrate Judge Matthew Stinnett makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (R. 280). No party has filed objections to the recommendation, but the defendant has not waived his right of allocution.

Accordingly, the Court hereby ORDERS that the recommended disposition (R. 280) is ADOPTED as the Court's opinion. The Court further orders that this matter is set for an allocution hearing on February 11, 2026 at 2:30 p.m. in Lexington Kentucky. If the defendant files a signed waiver of allocution in the record before that date, the Court will cancel the allocution hearing and promptly enter a judgment consistent with the magistrate judge's recommendation

This 30th day of January, 2026.

**Signed By:**
*Karen K. Caldwell*   KKC
**United States District Judge**